BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 170
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for TERRY NELSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR S-06-461 FCD |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| | ) | CONTINUING THE STATUS |
| v. | ) | CONFERENCE FROM |
| | ) | AUGUST 20, 2007 TO |
| TERRY NELSON, | ) | SEPTEMBER 10, 2007 AT 10:00 A.M. |
| | ) | |
| Defendant. | ) | |

The defendant, Terry Nelson, and the United States, by and through their respective attorneys, hereby stipulate that the status conference currently set for August 20, 2007 should be continued to September 10, 2007 at 10:00 a.m. The reason for the continuance is that the parties believe that the case will be resolved without trial and the defense counsel needs additional time to review the discovery and discuss the evidence and proposed plea agreements with his client to determine whether the client can plead to both counts listed in the draft plea agreement.

The defense also requests that the Court exclude the time from the date that this Order is signed to September 10, 2007 from the Speedy Trial Act calculation pursuant to Local Code T4 for defense preparation. The government agrees that the time should be excluded. Matthew Segal, the attorney for the United States, has authorized Bruce Locke to sign this Stipulation and Order for him.

DATED: August 16, 2007                             /S/ Bruce Locke
                                                   L. BRUCE LOCKE
                                                   Attorney for TERRY NELSON

1

DATED: August 16, 2007           /S/  Bruce Locke
                                 MATTHEW SEGAL
                                 Attorney for the UNITED STATES

    IT IS SO ORDERED.

DATED: August 16, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2