BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 170
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for TERRY NELSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:06-cr-0461 FCD |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE FROM SEPTEMBER 14, 2007 TO SEPTEMBER 24, 2007 AT 10:00 A.M. |
| v. | ) | |
| TERRY NELSON, | ) | |
| Defendant. | ) | |

The defendant, Terry Nelson, and the United States, by and through their respective attorneys, hereby stipulate that the status conference currently set for September 14, 2007 should be continued to September 24, 2007 at 10:00 a.m. The reason for the continuance is that the parties believe that the case will be resolved without trial and the defense counsel needs additional time to obtain an order from the Court that the Marshall's office provide transportation for the defendant from his home in Kansas to Sacramento for a change of plea hearing and to arrange for the defendant to make the trip. The defendant does not have sufficient funds to pay for the trip himself.

The defense also requests that the Court exclude the time from the date that this Order is signed to September 24, 2007 from the Speedy Trial Act calculation pursuant to Local Code T4 for defense preparation. The government agrees that the time should be excluded. Matthew Segal, the attorney for the United States, has authorized Bruce Locke to sign this Stipulation and Order for him.

DATED: September 6, 2007                    /S/ Bruce Locke
                                            L. BRUCE LOCKE
                                            Attorney for TERRY NELSON

1

DATED: September 6, 2007          /S/  Bruce Locke
                                 MATTHEW SEGAL
                                 Attorney for the UNITED STATES

IT IS SO ORDERED.

DATED: September 10, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE