BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 170
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for TERRY NELSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:06-cr-0461 FCD |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | ORDER TO FURNISH TRAVEL |
| | ) | AND SUBSISTENCE |
| v. | ) | |
| | ) | |
| TERRY NELSON, | ) | DATE: September 24, 2007 |
| | ) | TIME: 9:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Frank C. Darrell, Jr. |
| _____ | ) | |

TO:   UNITED STATES MARSHAL

This is to authorize and direct you to furnish the above-named TERRY NELSON, with transportation from Kansas City, Kansas to the place of his hearing for change of plea in Sacramento, California on September 24, 2007 at 9:00 a.m. It will be necessary for TERRY NELSON to arrive in Sacramento, California on September 23, 2007, to timely make his appearance in court on September 24, 2007. In addition, the United States Marshal must furnish TERRY NELSON with money for subsistence expenses to his destination, not to exceed the amount authorized as per diem allowance for travel under section 5702(a) of Title 5, United States Code. TERRY NELSON is financially unable to be in Sacramento on this date without transportation and subsistence expenses. TERRY NELSON will also need transportation to Kansas City, Kansas, the place of his bonafide residence, on September 24, 2007. This is authorized pursuant to 18 U.S.C. Section 4285.

Date: September 10, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE