BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 170
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for TERRY NELSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:06-cr-0461 FCD |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER CONTINUING THE DATE FOR SENTENCING FROM DECEMBER 3, 2007 TO DECEMBER 10, 2007 AT 9:00 A.M. |
| v. | ) | |
| TERRY NELSON, | ) | |
| Defendant. | ) | |

   The defendant, Terry Nelson, and the United States, by and through their respective attorneys, hereby stipulate that the date for sentencing currently set for December 3, 2007 should be continued to December 10, 2007 at 9:00 a.m. The reason for the continuance is that Mr. Locke will be involved in jury selection on December 3, 2007 before Judge Shubb. Mr. Segal, attorney for the United States, has authorized Mr. Locke to sign this stipulation for him.

DATED: November 26, 2007            /S/ Bruce Locke
                                    L. BRUCE LOCKE
                                    Attorney for TERRY NELSON


DATED: November 26, 2007            /S/ Bruce Locke

                                    MATTHEW SEGAL

                                    Attorney for the UNITED STATES

      IT IS SO ORDERED.

DATED: November 26, 2007

                                    _____
                                    FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE